IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| FIRSTBANK SOUTHWEST<br>   *Plaintiff,*<br><br>v.<br><br>HEARTLAND FINANCIAL USA,<br>INC. d/b/a FIRSTBANK & TRUST,<br>and FIRSTBANK & TRUST TEXAS<br>   *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:21-cv-00024-Z |

**AGREED MOTION TO EXTEND DEADLINE
TO ANSWER OR RESPOND TO AMENDED COMPLAINT**

Defendant Heartland Financial USA, Inc. ("*Heartland*") files this Agreed Motion to Extend Deadline to Answer or Respond to Amended Complaint and respectfully show as follows:

1. On January 8, 2021, Plaintiff FirstBank Southwest filed its Original Petition against Heartland in the 251st Judicial District Court, Randall County, Texas.

2. On February 10, 2021, Heartland timely removed the action to this Court. [Doc. No. 1.]

3. On February 16, 2021, Heartland filed a Motion to Dismiss. [Doc. No. 5].

4. Plaintiff filed an amended complaint ("*Amended Complaint*") on March 9, 2021, adding FirstBank & Trust Texas as a defendant. [Doc. No. 6]. No return of service has been filed yet for Defendant FirstBank & Trust.

5. Heartland's deadline to answer or otherwise respond to the Amended Complaint is March 30, 2021, per Federal Rule of Civil Procedure 15.

6. Heartland requests an extension of the deadline to answer or otherwise respond to the Amended Complaint to April 13, 2021.

7. Plaintiff has agreed to Heartland's request.

WHEREFORE, PREMISES CONSIDERED, Defendant Heartland Financial USA, Inc. respectfully request this Court extend its deadline to answer or otherwise respond to Plaintiff's Amended Complaint by 14 days to April 13, 2021.

Respectfully submitted,

/s/ Craig B. Florence
Craig B. Florence
Texas State Bar No. 07158010
Abigail K. Drake
Texas State Bar No. 24105817
FOLEY & LARDNER LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
cflorence@foley.com
adrake@foley.com

Terrell R. Miller
Texas State Bar No. 24046446
FOLEY & LARDNER LLP
1000 Louisiana St Ste 2000
Houston, TX 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
tmiller@foley.com

**ATTORNEYS FOR DEFENDANT
HEARTLAND FINANCIAL USA, INC.**

S

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Defendant Heartland Financial USA, Inc. hereby certifies that on March 29, 2021, he conferred via electronic mail with counsel for Plaintiff concerning the relief requested herein. Counsel for Plaintiff agreed to the relief requested.

/s/ *Craig B. Florence*
Craig B. Florence

## CERTIFICATE OF SERVICE

The undersigned Counsel hereby certifies that the foregoing has been served via ECF and/or email on this the 29th day of March 2021, to the following:

/s/ *Abigail K. Drake*
Abigail K. Drake

Timothy C. Williams,
Texas State Bar No. 24067940
SPROUSE SHRADER SMITH PLLC
Email: tim.williams@sprouselaw.com
Physical: 701 S. Taylor, Suite 500 (79101)
Mailing: P.O. Box 15008
Amarillo, Texas 79105-5008
Tel: (806) 468-3300; Fax: (806) 373-3454

Nicholas A. Gunn,
Texas State Bar No. 24087642
GUNN, LEE & CAVE, P.C.
Email: Nick@gunn-lee.com
8023 Vantage Drive, Suite 1500
San Antonio, Texas 78230
Tel: (210) 886-9500; Fax: (210) 886-9883
ATTORNEYS FOR PLAINTIFF